UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): Early Warning Services d/b/a Zellepay.com ; JPMorgan Chase & Co. |
|---|---|
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

Ron Kilgard
Keller Rohrback L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, Arizona  85012
(602) 248-0088

Defendant's Atty(s):

<u>II. Basis of Jurisdiction</u>:        3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**
    Plaintiff:- **N/A**
    Defendant:- **N/A**

<u>IV. Origin</u> :        **1. Original Proceeding**

<u>V. Nature of Suit</u>:        **450 Commerce/ICC Rates/etc.**

<u>VI.Cause of Action:</u>        **15 U.S.C. 1693 et seq - Bank Failure to protect consumers from electronic funds transfer scam**

<u>VII. Requested in Complaint</u>
    Class Action: **Yes**
    Dollar Demand: **TBD**
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>s/ Ron Kilgard</u>

**Date:** <u>07/05/2022</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**